# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. __23-50435__

Michael Coates; Brandon Raybion; Daniel Venable    vs.    TNT Crane & Rigging, Inc.
(Short Title)

The Clerk will enter my appearance as Counsel for __TNT Crane & Rigging, Inc.__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☑ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Jay Buller                           jbuller@littler.com
(Signature)                              (e-mail address)

Jay Buller                               24110784
(Type or print name)                     (State/Bar No.)

(Title, if any)

Littler Mendelson
(Firm or Organization)

Address __1301 McKinney St., Suite 1900__

City & State __Houston, TX__                       Zip __77010__

Primary Tel. __713-951-9400__    Cell Phone: __713-591-2543__    (Optional)

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __G. Mark Jodon__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
__Judge David Counts__

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?  ☐ Yes  ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?  ☑ Yes  ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?  ☐ Yes  ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__7:22-CV-0016, Kramer, et al. v. TNT Crane & Rigging - USDC WD TX - Midland Div.; SA:22-CV-0049, Payne v. TNT Crane & Rigging, Inc. USDC WD TX - San Antonio Div; 7:21-cv-203, Sanchez, et al v. TNT Crane & Rigging, Inc. USDC WD TX - Midland D__

Name of Court or Agency __USDC, Western District of Texas - Midland/Odessa and San Antonio Divisions__

Status of Appeal (if any) __N/A__

Other Status (if not appealed) __7:22-CV-0016 - pending trial - 7/10/23;  SA:22-CV-0049 and 7:21-cv-203 - pending__

NOTE: Attach sheet to give further details.                                DKT-5A REVISED June 2023